Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 S. Grand. Ave. Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8219
Fax: (213) 457-8080
Email: FTabibkhoei@reedsmith.com

James C. Pistorino (SBN 226496)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA 94025-2910
Telephone: (650) 400-0043
Email: james@dparrishlaw.com
Attorneys for Plaintiff Linda Pehoviack

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEHOVIACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 8:20-cv-00661-DOC-KES<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY TO MOTION TO DISMISS**<br><br>Honorable David O. Carter<br>United States District Judge |

## I. INTRODUCTION

Pursuant to Local Rules 7-10 and 7-19, Plaintiff Linda Pehoviack respectfully requests that the Court grant her leave to file a sur-reply to correct a factual misstatement in Defendant's Reply to the Motion to Dismiss Plaintiff's Complaint. Doc. 15.

Mrs. Pehoviack files this *Ex Parte* Application for Leave to File a Sur-Reply because the Secretary's motion to dismiss is set for hearing in 13 days, and therefore there is not sufficient time to file a regularly noticed motion and have it heard before the hearing on the motion to dismiss set for hearing on July 13, 2020.  In the interest of having the Court rule on the pending motion to dismiss based on a factually accurate record, Mrs. Pehoviack files the instant ex parte application.

## II. PROCEDURAL BACKGROUND

On June 12, 2020, the Secretary filed a motion to dismiss Mrs. Pehoviack's Complaint, which is set for hearing on July 13, 2020.  Doc. 10.  On June 15, 2020, Mrs. Pehoviack filed her opposition to the motion to dismiss.  Doc. 13.  On June 29, 2020, the Secretary filed his reply in support of the motion to dismiss.  Doc. 15.

On June 30, 2020, counsel for Mrs. Pehoviack advised the Secretary's counsel, Mrs. Jennifer Jacobs, via email, of the date and substance of this ex parte application. *See* Declaration of James C. Pistorino ("Pistorino Decl.").  Mrs. Pehoviack's counsel also inquired whether the Secretary opposes this application.  *Id.* at ¶ 2.  On June 30, 2020, the Secretary's counsel indicated that she opposes this application.  *Id.*

## III. LEGAL ARGUMENT

Under L.R. 7-10, "[a]bsent prior written order of the Court, the opposing party shall not file a response to the reply."  When a party raises new arguments in a reply brief, "the court may permit the other party to counter the new arguments." *Chloe SAS v. Sawabeh Info. Servs. Co.*, 2015 WL 12734005, at *1 (C.D. Cal. Jun. 3, 2015) (quoting *Jordan v. Terhune*, 2009 WL 276764, *3) (E.D. Cal. Feb. 5, 2009)).  Courts

may also exercise their discretion to grant leave to file a sur-reply to correct factual misstatements in the opposing party's brief. *See Prather v. AT&T Inc.*, 996 F Supp. 2d 861, 865, n.2 (N.D. Cal. 2013) (granting motion for leave to file sur-reply to correct defense counsel's mischaracterization of the facts).

Here, on June 29, 2020, the Secretary filed his Reply in support of his Motion to Dismiss. Doc. 15. Mrs. Pehoviack believes that the legal issues have been adequately discussed and does not seek to address them here. That said, the Secretary's Reply contains a statement of fact/law that is false and Mrs. Pehoviack seeks to correct it. In particular, on page 10 of the Reply, the Secretary asserts: "Novocure has no recoupment rights against Pehoviack for the subject claim." That statement is not correct.

As set forth in the proposed Sur-Reply, the Medicare program has what are called "participating" and "non-participating" providers. *See* https://www.medicare.gov/your-medicare-costs/part-a-costs/lower-costs-with-assignment. "Participating" providers agree to accept whatever Medicare pays (or does not pay) for a claim and to not seek further reimbursement. Thus, if a "participating" provider charges $500 for a service but Medicare only pays $300, the provider agrees not to seek the remaining $200 from the beneficiary. Likewise, if Medicare completely denies a claim, then (subject to 42 U.S.C. § 1395pp), the provider will receive nothing.

By contrast, "non-participating" providers have made no such commitments. If Medicare pays a claim but pays less than what is charged by the "non-participating" provider, the provider can seek the balance from the beneficiary. Likewise, if Medicare completely denies a claim, the provider can seek the balance from the beneficiary. *See* Exhibit A.

Novocure is a "non-participating" provider. See **Exhibit 1** to Proposed Sur-Reply. As such, Novocure can seek recoupment from Mrs. Pehoviack for any amount not paid by Medicare.

## IV. CONCLUSION

For the foregoing reasons, Mrs. Pehoviack respectfully requests that the Court grant her leave to file a sur-reply attached hereto as **Exhibit A.**

Dated: July 1, 2020

REED SMITH LLP

 */s/*
FARAH TABIBKHOEI

- and-

PARRISH LAW OFFICES

 */s/*
JAMES C. PISTORINO

Attorneys for Plaintiff Linda Pehoviack

# EXHIBIT A

Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 S. Grand. Ave. Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8219
Fax: (213) 457-8080
Email: FTabibkhoei@reedsmith.com

James C. Pistorino (SBN 226496)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA 94025-2910
Telephone: (650) 400-0043
Email: james@dparrishlaw.com
Attorneys for Plaintiff Linda Pehoviack

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEHOVIACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 8:20-cv-00661-DOC-KES<br><br>**MRS. PEHOVIACK'S [PROPOSED] SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY TO MOTION TO DISMISS** |

On June 29, 2020, the Secretary filed his Reply in support of his Motion to Dismiss.  Doc. 15.  Mrs. Pehoviack believes that the legal issues have been adequately discussed and does not seek to address them here.  That said, the Secretary's Reply contains a statement of fact/law that is false and Mrs. Pehoviack seeks to correct it.  In particular, on page 10 of the Reply, the Secretary asserts: "Novocure has no recoupment rights against Pehoviack for the subject claim."  That statement is not correct.

The Medicare program has what are called "participating" and "non-participating" providers.  *See* https://www.medicare.gov/your-medicare-costs/part-a-costs/lower-costs-with-assignment.  "Participating" providers agree to accept whatever Medicare pays (or does not pay) for a claim and to not seek further reimbursement.  Thus, if a "participating" provider charges $500 for a service but Medicare only pays $300, the provider agrees not to seek the remaining $200 from the beneficiary.  Likewise, if Medicare completely denies a claim, then (subject to 42 U.S.C. § 1395pp), the provider will receive nothing.

By contrast, "non-participating" providers have made no such commitments.  If Medicare pays a claim but pays less than what is charged by the "non-participating" provider, the provider can seek the balance from the beneficiary.  Likewise, if Medicare completely denies a claim, the provider can seek the balance from the beneficiary.

Novocure is a "non-participating" provider.  *See* **Exhibit 1**.  As such, Novocure can seek recoupment from Mrs. Pehoviack for any amount not paid by Medicare.

- 1 -

MRS. PEHOVIACK'S [PROPOSED] SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY TO MOTION TO DISMISS

Dated: July 1, 2020

REED SMITH LLP

*/s/*
FARAH TABIBKHOEI

- and-

PARRISH LAW OFFICES

*/s/*
JAMES C. PISTORINO

Attorneys for Plaintiff Linda Pehoviack

# EXHIBIT 1

PO BOX 100142 | COLUMBIA, SC 29202-3142 | PALMETTOGBA.COM | ISO 9001
**NATIONAL SUPPLIER CLEARINGHOUSE MEDICARE ADMINISTRATIVE CONTRACTOR**



PALMETTO GBA®
A CELERIAN GROUP COMPANY

October 23, 2019

NOVOCURE INC
195 COMMERCE WAY
Portsmouth, NH  03801

NPI:     1255617569
PTAN:    6723630001
RE:      19235003000040

Dear NOVOCURE INC:

We are pleased to inform you that your revalidated Medicare enrollment application is approved. Listed below are your National Provider Identifier (NPI) and Provider Transaction Access Number (PTAN).

Your PTAN has been revalidated and may be the required authentication element for all inquiries to customer service representatives (CSRs), written inquiry units, and the interactive voice response (IVR) system. The IVR allows you to inquire about claims status, beneficiary eligibility and transaction information.

| | |
|---|---|
| Provider/Supplier name: | NOVOCURE INC |
| Physical Address location: | 195 COMMERCE WAY<br>Portsmouth, NH 03801 |
| National Provider Identifier (NPI): | 1255617569 |
| Provider Transaction Access Number (PTAN): | 6723630001 |
| Type of Supplier: | Medical Supply Compant |
| You are: | Non Participating |
| Effective date: | October 23, 2019 |

**Changed Information :**

The following **UPDATES** were made to your file:

- License(s) :

Page 1 of 6

REVALCOMP

A CMS-Contracted Medicare Administrative Contractor



License Type:       Durable Medical Equipment
License Number:     11834
State:              MS
Registered To:

License Type:       Durable Medical Equipment
License Number:     1314598
State:              FL
Registered To:

License Type:       Durable Medical Equipment
License Number:     DME000420
State:              LA
Registered To:

License Type:       Durable Medical Equipment
License Number:     0237000094
State:              VA
Registered To:

License Type:       Durable Medical Equipment
License Number:     MG01387
State:              AR
Registered To:

License Type:       Durable Medical Equipment
License Number:     1644366
State:              KS
Registered To:

License Type:       Durable Medical Equipment
License Number:     1290
State:              AL
Registered To:

License Type:       Durable Medical Equipment
License Number:     8183
State:              NH
Registered To:

License Type:     Durable Medical Equipment
License Number:   02120
State:            NC
Registered To:

License Type:     Durable Medical Equipment
License Number:   DME20346
State:            ID
Registered To:

License Type:     Durable Medical Equipment
License Number:   59411
State:            CA
Registered To:

License Type:     Durable Medical Equipment
License Number:   14322
State:            SC
Registered To:

License Type:     Durable Medical Equipment
License Number:   MP01184
State:            NV
Registered To:

License Type:     Durable Medical Equipment
License Number:   203001632
State:            NH
Registered To:

License Type:     Durable Medical Equipment
License Number:   5306004094
State:            MI
Registered To:

License Type:     Durable Medical Equipment
License Number:   CSW0002880
State:            CT
Registered To:

License Type:      Durable Medical Equipment
License Number:   PHAMOPLIC28758
State:             MT
Registered To:

License Type:      Durable Medical Equipment
License Number:   00001258
State:             TN
Registered To:

License Type:      Durable Medical Equipment
License Number:   40437
State:             IA
Registered To:

License Type:      Durable Medical Equipment
License Number:   C000911
State:             AZ
Registered To:

License Type:      Durable Medical Equipment
License Number:   170080
State:             KY
Registered To:

License Type:      Durable Medical Equipment
License Number:   20176000808
State:             CO
Registered To:

License Type:      Durable Medical Equipment
License Number:   Whol1877
State:             ND
Registered To:

License Type:      Durable Medical Equipment
License Number:   88190651714
State:             UT
Registered To:

| | |
|---|---|
| License Type: | Durable Medical Equipment |
| License Number: | 69001055A |
| State: | IN |
| Registered To: | |

| | |
|---|---|
| License Type: | Durable Medical Equipment |
| License Number: | 0076 |
| State: | HI |
| Registered To: | |

You are required to submit updates and changes to your enrollment information within 30 days in accordance with DMEPOS Supplier Standard Two, pursuant to 42 CFR 424.57(c ). Reportable changes include, but are not limited to changes in: (1) legal business name (LBN)/tax identification number (TIN), (2) practice location, (3) ownership, (4) authorized/delegated officials, (5) changes in special payment address and (6) final adverse legal actions, including felony convictions, license suspensions or revocations, an exclusion or debarment from participation in Federal or State health care program, or a Medicare revocation by a different Medicare contractor. Note any changes to electronic funds transfer information must be submitted to the appropriate DME MAC(s) for claims processing.

Providers and suppliers may enroll or make changes to their existing enrollment in the Medicare program using the Internet-based Provider Enrollment, Chain and Organization System (PECOS) at www.cms.hhs.gov/MedicareProviderSupEnroll.

Providers and suppliers enrolled in Medicare are required to ensure strict compliance with Medicare regulations, including payment policy and coverage guidelines. CMS conducts numerous types of compliance reviews to ensure providers and suppliers are meeting this obligation. Please visit the Medicare Learning Network at http://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/index.html for further information about regulations and compliance reviews, as well as Continuing Medical Education (CME) courses for qualified providers.

Additional information about the Medicare program, including billing, fee schedules, and Medicare policies and regulations can be found at your DME MAC(s) web site (see below) or the Centers for Medicare & Medicaid Services (CMS) Web site at http://www.cms.hhs.gov/home/medicare.asp.

- Jurisdiction A - Noridian Healthcare Solutions, med.noridianmedicare.com/web/jadme
- Jurisdiction B - CGS, www.cgsmedicare.com
- Jurisdiction C - CGS, www.cgsmedicare.com
- Jurisdiction D - Noridian Healthcare Solutions, med.noridianmedicare.com/web/jddme

If you have any questions regarding the DMEPOS enrollment process, please visit our web site at Palmettogba.com/NSC or contact our office at (866) 238-9652 between the hours of 9:00 AM and 5:00 PM Eastern Time. To receive the most updated information directly to your email, register to receive NSC ListServ messages and news articles by visiting www.PalmettoGBA.com/NSC.

Sincerely,

*Ayanna Wilson*

Ayanna Wilson
National Supplier Clearinghouse