Farah Tabibkhoei (SBN 266312)
REED SMITH LLP
355 S. Grand. Ave. Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8219
Fax: (213) 457-8080
Email: FTabibkhoei@reedsmith.com

James C. Pistorino (SBN 226496)
PARRISH LAW OFFICES
224 Lexington Dr.
Menlo Park, CA 94025-2910
Telephone: (650) 400-0043
Email: james@dparrishlaw.com
Attorneys for Plaintiff Linda Pehoviack

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEHOVIACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AZAR, in his capacity as Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. 8:20-cv-00661-DOC-KES<br><br>**ORDER DENYING**<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANT'S REPLY TO MOTION TO DISMISS** |

**ORDER]**

On July 1, 2020, Mrs. Pehoviack filed an Ex Parte Application for Leave to File Sur-Reply in Response to Defendant's Reply to Motion to Dismiss. Having reviewed the Application, and good cause appearing, the Court DENIES the Application.

IT IS SO ORDERED.

DATED: __July 7__, 2020.

_____
Hon. David O. Carter
United States District Judge